# EXHIBIT A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: <br><br>U.S. Department of Health and Human Services <br>Office of the General Counsel - General Law Division <br>Claims and Employment Law Branch <br>330 C Street, SW; Switzer Building, Suite 2600, Washington, DC 20201 <br>Attention: CLAIMS | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) <br>Chasity Watkins, Guardian of the Estate of Aiden Green, a Minor <br>Michael P. Cogan - Cogan & Power, P.C. <br>One East Wacker Drive, Suite 510 <br>Chicago, Illinois 60601 |
|---|---|

| 3. TYPE OF EMPLOYMENT <br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH <br>11/4/2015 | 5. MARITAL STATUS <br>Single | 6. DATE AND DAY OF ACCIDENT <br>11/4/2015 (Date of Delivery) | 7. TIME (A.M. OR P.M.) <br>8:00 a.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

SEE ATTACHED STATEMENT OF FACTS AND PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW WITH ATTACHED MEDICAL REPORT OF DR. ANDREW HULL AND DR. HULL'S C.V.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Aiden Green, a disabled person, suffered Hypoxic Ischemic Encephalopathy (HIE) as a result of being delivered with no healthcare professionals in attendance. Aiden was found by a nurse under his mother's right thigh and had an initial cord gas of 6.68, indicative of profound acidosis.

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS** (Number, Street, City, State, and Zip Code) | |
| See medical records of West Suburban Hospital and Lurie Children's Hospital. In addition, Dr. Natasha Diaz; Dr. Tyler Callahan; Dr. Karri MacMillan; Nurse Mary Leung; and Nurse Brenda Vega Candelario | West Suburban Hospital, 3 Erie Court, Oak Park, IL 60302 <br>Lurie Children's Hospital, 225 East Chicago Ave., Chicago, IL 60611 <br>Dr. Diaz and Dr. Callahan-PCC Austin Family Health Ctr, 5425 W. Lake St., Chicago, IL 60644 <br>Dr. MacMillan, Nurse Leung, Nurse Candelario - West Suburban Hospital (See address above) | |

| 12. (See instructions on reverse.) | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY <br><br>$32,000,000.00 | 12c. WRONGFUL DEATH <br><br>N/A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) <br><br>$32,000,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) <br>*[signature]* Counsel for Family | 13b. Phone number of person signing form <br>(312) 477-2500 | 14. DATE OF SIGNATURE <br>10/31/17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109



95-109

STANDARD FORM 95 <br>PRESCRIBED BY DEPT. OF JUSTICE <br>28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

N/A

**16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☐ No   **17. If deductible, state amount.**

N/A

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts.)

A lawsuit was filed against VHS West Suburban Hospital, by and through its agents and employees (see attached Second Amended Complaint at Law)

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

N/A

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK

## Statement of Facts

(8)      On November 4, 2015, at 1:34 a.m., Chasity Watkins was admitted into the labor and delivery area of VHS West Suburban Medical Center, Inc., at 36 ½ weeks gestational age with a diagnosis of premature rupture of the membranes.  During the next several hours, following an order for continuous fetal monitoring, the fetus appeared on the monitor tracing to be entirely normal with a normal baseline heartrate, variability and accelerations.  By 5:40 a.m., a progress note documents "4cm dilation / 90% effaced / -2 station and epidural in place".

The fetal monitor unit which reflected Aiden Green's heart rate was monitored from time to time by nursing agents and employees of VHS West Suburban Medical Center, Inc. At approximately 6:36 a.m. on November 4, 2015, the heart rate was lost on the fetal monitor tracing. This fact was made known to Nurse Mary Leung when she came on shift at approximately 7:00 a.m.  Between 7:00 a.m. and 7:28 a.m., Nurse Leung was unable to find Aiden Green's heartbeat on the fetal monitor tracing.  At approximately 7:28 a.m., she called defendant, Karrie MacMillan, D.O., a resident in family practice who was involved in rounds with Drs. Diaz and Callahan.  Dr. MacMillan was the junior member of the group.  Nurse Leung informed Dr. MacMillan that she was having difficulty picking up Aiden Green's heartrate on the fetal monitor unit and requested that Dr. MacMillan walk over to Chasity Watkins' room to place internal monitors which would be more sensitive to the fetal heartrate and Chasity Watkins' contractions. Dr. MacMillan responded that she was in rounds with Drs. Diaz and Callahan and that she would comply with Nurse Leung's request at the conclusion of rounds.

Between the time of this call (7:28 a.m.) and the time that Aiden Green was found appearing lifeless under his mother's right thigh (approximately 8:00 a.m.), neither Drs. Diaz,

Callahan or MacMillan complied with Nurse Leung's request nor did they take any steps whatsoever to see to the well-being of Aiden Green.

The medical records and depositions taken to date had been reviewed by Dr. Andrew Hull, Director of the UC San Diego Center for Maternal – Fetal Care and Genetics in San Diego, California. A copy of Dr. Hull's Curriculum Vitae is attached hereto as Exhibit "N". Dr. Hull has authored a report as required by Section 2-622(1) of the Illinois Code of Civil Procedure (see Plaintiff's Second Amended Complaint at Law attached hereto) wherein he sets forth his criticisms of various health care providers, including Drs. Natasha Diaz and Tyler Callahan. In addition, we have enclosed medical records, depositions and an "Approximate Medical Summary" as set forth in the attached Inventory. The medical records and "Approximate Medical Summary" are included on the enclosed CD. The depositions of Chasity Watkins, Karri MacMillan, D.O., Mary Leung, R.N. and Brenda Vega Candelario, R.N. are included in hard copy.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CHASITY WATKINS, as Guardian of the Person and )
Estate of AIDEN GREEN, a minor, )
                                       )
            Plaintiff, )
                                       )
     v. )     No. 16 L 5282
                                       )
VHS WEST SUBURBAN MEDICAL CENTER, INC., )
MARY LEUNG, R.N.; KARRI MacMILLAN, D.O.; )
NATASHA DIAZ, M.D.; and TYLER CALLAHAN, D.O. )
                                       )
            Defendants. )

## SECOND AMENDED COMPLAINT AT LAW

Plaintiff, CHASITY WATKINS, as Guardian of the Person and Estate of AIDEN GREEN, a minor, complaining of the Defendants, VHS WEST SUBURBAN MEDICAL CENTER, INC.; MARY LEUNG, R.N.; KARRI MacMILLAN, D.O.; NATASHA DIAZ, M.D.; AND TYLER CALLAHAN, D.O., and each of them, states:

### COUNT I

1.     On and before November 4, 2015, the Defendant, VHS WEST SUBURBAN MEDICAL CENTER, INC. (hereinafter "WEST SUBURBAN"), was a hospital corporation organized and existing pursuant to the laws of the State of Illinois and it employed nurses, physicians and other healthcare professionals comprising a single organized medical staff within its hospital facility located in Oak Park, Cook County, Illinois.

2.     On November 4, 2015, at 1:34 a.m., the Plaintiff, CHASITY WATKINS, was admitted into the labor and delivery area of the Defendant, WEST SUBURBAN, at 36 ½ weeks gestational age with a diagnosis of premature rupture of the membranes.

1

3.      During the next several hours, following an order for continuous fetal monitoring, the fetus appeared on the monitor tracing to be entirely normal with a normal baseline heartrate, variability and accelerations.

4.      By 5:40 a.m. a progress note documents "4 cm dilation / 90% effaced / -2 station, and epidural in place".

5.      At 6:36 a.m., the fetal signal is lost and a note authored by a nursing agent and employee of the Defendant, WEST SUBURBAN, reads "adjusting EFM".

6.      At 7:28 a.m., 52 minutes since the last recorded heartrate of the minor Plaintiff, AIDEN GREEN, the Defendant, MARY LEUNG, R.N. (hereinafter "LEUNG"), an agent and employee of the Defendant, WEST SUBURBAN, authored a note reading "attempting to locate the FHR [fetal heart rate]", reflecting the fact that between 6:36 a.m. and 7:28 a.m., nursing agents and employees of the Defendant, WEST SUBURBAN, including the Defendant, LEUNG, had been unable to locate the minor Plaintiff, AIDEN GREEN's heartrate on the continuous fetal monitor tracing.

7.      At approximately 7:28 a.m. and as a result of her inability to locate the minor Plaintiff, AIDEN GREEN's, fetal heartrate, the Defendant, LEUNG, phoned the Defendant, KARRI MacMILLAN, D.O. (hereinafter "MacMILLAN"), to both notify the Defendant, MacMILLAN, that she was unable to locate the fetal heartbeat of the minor Plaintiff, AIDEN GREEN, and, further, requested that the Defendant, MacMILLAN, come to CHASITY WATKINS' room to place internal monitors.

8.      In response to the Defendant, LEUNG's request to the Defendant, MacMILLAN, that Dr. MacMillan come to CHASITY WATKINS' to place internal monitors, the Defendant, MacMILLAN, responded that she was rounding with Defendants, NATASHA DIAZ, M.D.

2

(hereinafter "DIAZ") and TYLER CALLAHAN, D.O. (hereinafter "CALLAHAN"), and that she would come by upon completion of rounds.

9.      Either during or immediately after the telephone conversation described above between the Defendant, LEUNG, and the Defendant, MacMILLAN, the Defendant, MacMILLAN, shared the details of her conversation with the Defendant, LEUNG, with the Defendants, DIAZ and CALLAHAN.

10.      Sometime between 7:28 a.m. and 8:00 a.m., the Defendant, DIAZ, phoned the Defendant, LEUNG, and advised LEUNG that she would be by after the completion of rounds and that in the interim that LEUNG should continue to attempt to find a fetal heartbeat.

11.      At approximately 8:00 a.m. on November 4, 2015, Brenda Vega Candlario, R.N. an agent and employee of the Defendant, WEST SUBURBAN, entered CHASITY WATKINS' room upon the request of the Defendant, LEUNG, and found a newborn, "cold and no cry" lying between CHASITY WATKINS' legs at which time Brenda Vega Candlario, R.N. sent out an emergency call for help.

12.      After a physician responded to the emergency call for help it was determined that the minor plaintiff, AIDEN GREEN, was born with profound asphyxia: a pH of 6.6 and a base deficit of -27, and Apgar scores of 1, 4, 4, 4, at 1, 5, 10 and 15 minutes after major resuscitative efforts.

13.      On and after 6:36 a.m. on November 4, 2015, the Defendant, WEST SUBURBAN, by and through its nursing agents and employees, including but not limited to the Defendant, LEUNG, were negligent in one or more of the following respects:

       (a)      Failed to properly monitor AIDEN GREEN in utero;

       (b)      Failed to recognize that the fetus in utero was not being monitored;

(c)      Allowed the minor Plaintiff, AIDEN GREEN, to go unmonitored by fetal monitor tracing between approximately 6:36 a.m. on November 4, 2015 and the time that said minor Plaintiff was found appearing lifeless under his mother's right thigh;

(d)      Failed to attend to CHASITY WATKINS in a timely fashion;

(e)      Failed to determine that the minor Plaintiff, AIDEN GREEN, had been born and was trapped between his mother's leg;

(f)      Failed to properly monitor CHASITY WATKINS' labor by appropriate in-room intervals and attention to the fetal monitor tracing;

(g)      Failed to go up the nursing chain of command in a timely fashion;

(h)      Failed to advise the Defendant, MacMILLAN, that AIDEN GREEN's fetal heart rate had been lost since 6:36 a.m. during the above-described telephone conversation at 7:28 a.m.

14.      On November 4, 2015, the Defendant, WEST SUBURBAN, by and through its physician agents and employees, including but not limited to the Defendant, MacMILLAN, were negligent in one or more of the following respects:

(a)      Failed to advise her seniors, Defendant, DIAZ, and Defendant, CALLAHAN, of the details of her telephone conversation with the Defendant, LEUNG;

(b)      Failed to immediately proceed to CHASITY WATKINS' room to both place internal monitors and to determine why AIDEN GREEN's heart rate had been lost since 6:36 a.m.;

(c)      Failed to inquire of the Defendant, LEUNG, the length of time that AIDEN GREEN's heart rate had been lost on the fetal monitor tracing;

(d)      Advised the Defendants, DIAZ and CALLAHAN of the details of her telephone conversation with the Defendant, LEUNG, but failed to go up the physician chain of command when her senior attending, DIAZ, failed to take immediate and appropriate action to determine the well-being of AIDEN GREEN;

(e)      Failed to contact the charge nurse and request that the charge nurse assist the Defendant, LEUNG, in determining the minor Plaintiff, AIDEN GREEN's well-being and to determine the cause of the inability to obtain a fetal heart rate for AIDEN GREEN since 6:36 a.m.

4

15.     On November 4, 2015, the Defendant, WEST SUBURBAN, by and through its actual and/or apparent agents, DIAZ and CALLAHAN, were negligent in one or more of the following respects:

(a)     Failed to immediately travel to CHASITY WATKINS' room upon the Defendant, MacMILLAN's telephone conversation with the Defendant, LEUNG;

(b)     Failed to determine that their subordinate, MacMILLAN, had had a telephone conversation with Defendant, LEUNG, at approximately 7:28 a.m.;

(c)     Failed to properly train the Defendant, MacMILLAN, to immediately alert her seniors when a nurse called reporting an inability to obtain a fetal heart rate tracing and requested placement of internal monitors to assist in that regard;

(d)     Were aware of the telephone conversation between the Defendant, LEUNG, and the Defendant, MacMILLAN, but determined that any assessment of fetal well-being could wait until after rounds had been completed.

16.     As a proximate cause of the foregoing acts and/or omissions by the Defendant, WEST SUBURBAN, by and through its authorized nursing agents and employees, including but not limited to the Defendant, LEUNG; by its authorized agent and employee, Defendant, MacMILLAN; and by its actual and/or apparent agents, Defendants, DIAZ and CALLAHAN, the minor Plaintiff, AIDEN GREEN, was delivered without a healthcare professional in the room, became trapped under his mother's right thigh and suffered permanent and disabling injuries, including but not limited to hypoxic ischemic encephalopathy (HIE).

17.     Attached hereto and made a part hereof is an Affidavit and medical report submitted pursuant to Section 2-622(1) of the Illinois Code of Civil Procedure.

WHEREFORE, CHASITY WATKINS, as Guardian of the Person and Estate of AIDEN GREEN, a minor, demands judgment against the Defendants, VHS WEST SUBURBAN

MEDICAL CENTER, INC.; MARY LEUNG, R.N.; KARRI MacMILLAN, D.O.; NATASHA

DIAZ, M.D.; AND TYLER CALLAHAN, D.O., and each of them, in a sum in excess of FIFTY

THOUSAND ($50,000.00).

### COUNT II –PARENTAL CARETAKING EXPENSE CLAIM & FAMILY EXPENSE ACT

1-17. Plaintiff CHASITY WATKINS, as Guardian of the Person and Estate of AIDEN

GREEN, a minor, incorporates Paragraphs 1 through 17 of Count I, as though fully set forth herein,

as Paragraphs 1 through 17 of Count II.

18. As a proximate result of one or more of the aforementioned negligent acts and/or

omissions by the Defendants, VHS WEST SUBURBAN MEDICAL CENTER, INC.; MARY

LEUNG, R.N.; KARRI MacMILLAN, D.O.; NATASHA DIAZ, M.D.; AND TYLER

CALLAHAN, D.O., AIDEN GREEN's mother, CHASITY WATKINS, and his father,

TERRENCE GREEN, have become obligated for past and future medical and parental caretaking

expenses incurred on behalf of AIDEN GREEN, and hereby makes a claim for same pursuant to

750 ILCS 65/15, commonly known as the Family Expense Act.

**WHEREFORE**, CHASITY WATKINS, as Guardian of the Person and Estate of AIDEN

GREEN, a minor, respectfully requests that judgment be entered in her favor and against the

Defendants, VHS WEST SUBURBAN MEDICAL CENTER, INC.; MARY LEUNG, R.N.;

KARRI MacMILLAN, D.O.; NATASHA DIAZ, M.D.; AND TYLER CALLAHAN, D.O., in an

amount that will compensate her for the caretaking expenses and the medical expenses caused by

the Defendants' negligence. Pursuant to 735 ILCS 5/2-604, the amount of compensatory damages

sought cannot be stated; however, the damages substantially exceed all applicable minimum

jurisdictional amounts.

6

One of the Attorneys for Plaintiff

Michael P. Cogan
**COGAN & POWER, P.C.**
One East Wacker Drive, Suite 510
Chicago, Illinois 60601
(312) 477-2500
(312) 477-2501 (Fax)
Firm ID 49741

7

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CHASITY WATKINS, as Guardian of the Person and )
Estate of AIDEN GREEN, a minor,                   )
                                                   )
                    Plaintiff,                     )
                                                   )
        v.                                         )     No. 16 L 5282
                                                   )
VHS WEST SUBURBAN MEDICAL CENTER, INC.,            )
MARY LEUNG, R.N.; KARRI MacMILLAN, D.O.;           )
NATASHA DIAZ, M.D.; and TYLER CALLAHAN, D.O.       )
                                                   )
                    Defendants.                    )

## _AFFIDAVIT_

I, Michael Cogan, the affiant on oath, states:

The total of money damages sought in this matter does exceed $50,000.

SUBSCRIBED AND SWORN TO
before me this _____ day of
_____, 2017.

NOTARY PUBLIC

Official Seal
Nancy K O'Donnell
Notary Public State of Illinois
My Commission Expires 04/16/2019

8

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CHASITY WATKINS, as Guardian of the Person and )
Estate of AIDEN GREEN, a minor, )
                                  )
            Plaintiff, )
                                  )
      v. )        No. 16 L 5282
                                  )
VHS WEST SUBURBAN MEDICAL CENTER, INC., )
MARY LEUNG, R.N.; KARRI MacMILLAN, D.O.; )
NATASHA DIAZ, M.D.; and TYLER CALLAHAN, D.O. )
                                  )
           Defendants. )

## AFFIDAVIT

1.     Your affiant has consulted with and reviewed the facts of the case with health professional who the affiant reasonably believes is knowledgeable in the relevant issues involved in this particular action, practices within the last six years in the area of obstetrics and gynecology and maternal fetal medicine who is qualified by experience in the subject of this case.

2.     Your affiant concludes, based on consulting with the above-described individual, that there is a reasonable and meritorious cause for the filing of this action.

3.     The reviewing health professional has determined in a written report, after a review of the medical records described in said report that there is a reasonable and meritorious cause for the filing of such action.

4.     The reviewing health professional is licensed in the State of California to practice medicine in all of its branches and is Board Certified in obstetrics and gynecology and maternal fetal medicine.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
MICHAEL P. COGAN

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2017.

_____
NOTARY PUBLIC

Official Seal
Nancy K O'Donnell
Notary Public State of Illinois
My Commission Expires 04/16/2019

10

## MEDICAL REPORT

I am a physician licensed to practice medicine by the State of California and I am board certified in both obstetrics and gynecology and in maternal fetal medicine. I am knowledgeable in the relevant issues involved in this particular matter. I have practiced longer than six years in the same areas of medicine that are at issue in this case and I am qualified by experience and have demonstrated confidence in the subject matter of this case. I have been provided with and have reviewed the medical records of Chasity Watkins and Aiden Green (Watkins, Babyboy) from West Suburban Hospital and I have also reviewed the depositions of Mary Leung, R.N. and Karri MacMillan, D.O.

Based upon my review of this material, it is my opinion that there is a reasonable and meritorious cause for the filing of an action against Dr. Karri MacMillan, Dr. Tyler Callahan, and Dr. Natasha Diaz for the following reasons:

MacMillan testified that approximately 6:50 a.m. was the last time she believed the monitor tracing showed evidence of Aiden Green's fetal heart rate.

At 7:19 a.m. the record reflected that Mary Leung, R.N. was attempting to locate the fetal heart rate without success.

At 7:28 a.m., it is again documented that Mary Leung, R.N. was attempting to locate the fetal heart rate, without success. Based upon the record and her deposition transcript, Nurse Leung spoke with Dr. Karri MacMillan and shared with Dr. MacMillan her unsuccessful attempts to locate the FHR (fetal heart rate) and requested that Dr. MacMillan come to the room to place internal monitors. According to the depositions of both Dr. MacMillan and Nurse Leung, Dr. MacMillan responded that she was in the process of performing morning rounds with the obstetrical team, including Dr. Callahan and Dr. Diaz, at the time that Mary Leung RN called Dr. MacMillan. Dr. MacMillan advised Nurse Leung that she would come to Ms. Watkins' room once rounds had been completed. In the interim, she suggested that Nurse Leung make further attempts to locate the fetal heart rate without offering any specific medical advice regarding how to locate said fetal heart rate.

The fetal heart rate was never found by Nurse Leung who, at approximately 8:00 a.m., asked for assistance which was offered by the charge nurse, Nurse Brenda Vega Candelario, who was coming off shift.

Shortly after 8:00 a.m. this nurse found the newborn under Chasity Watkins' right thigh, face down, unresponsive, cool to touch and bluish-purple. Additional medical staff were called emergently to the room and resuscitative efforts went forward.

The newborn was born with profound asphyxia. The arterial blood gas pH was 6.6 with a base deficit of -27. Dr. MacMillan testified that an arterial blood gas pH of 6.6 is "very worrisome." Apgar scores of 1, 4, 4, 4, at 1, 5, 10 and 15 minutes were recorded after major resuscitative efforts. Aiden Green was ultimately diagnosed with hypoxic ischemic encephalopathy (HIE). Based upon my training, education and experience and review of the material described above, it is my opinion that there is a reasonable and meritorious cause for the filing of an action against Karri MacMillan, D.O. and Mary Leung, R.N., for the following reasons:

Dr. MacMillan's response to Nurse Leung's call for help was woefully inadequate and a clear violation of the standard of care. Rather than advising Nurse Leung that she would come to the room after completing her rounds, Dr. MacMillan should have advised her attending, Dr. Diaz, of the substance of the phone call and expeditiously moved to Ms. Watkins' room or make sure that either fellow, Dr. Callahan, or the attending, Dr. Diaz, go in her stead. It is quite troubling that more than 30 minutes after Nurse Leung's call for help neither Dr. MacMillan or a member of her rounding team had yet made it to Ms. Watkins' room. Had Dr. MacMillan acted as a reasonably careful physician under these circumstances, she would have been at the room within minutes and examined Ms. Watkins. Moreover, Dr. MacMillan's failure to offer Nurse Leung any medical advice regarding how to successfully locate the fetal heart rate, instead of merely suggesting she would arrive at the room after rounds, is a violation of the standard of care. It is my opinion that had Dr. MacMillan arrived at Chasity Watkin's room when Nurse Leung called, she would have immediately determined that the newborn had delivered or, in the alternative, that Ms. Watkins had progressed rapidly, was fully dilated and ready to deliver. In either event, it is more probably true than not that this crisis would have been avoided.

I further believe that there is reasonable and meritorious cause for the filling of an action against Mary Leung, R.N. When Nurse Leung took report from her predecessor, the fetal heart rate was not present on the monitor. In fact, it appears that the fetal heart rate was last seen on the monitor at approximately 6:36 a.m.

At 7:19 a.m., a note reveals that Nurse Leung was attempting to locate the fetal heart rate. She was unsuccessful. At that point, the standard of care applicable to a reasonably well-qualified obstetrical nurse required Nurse Leung to reach out to Dr. MacMillan, which includes those physicians making up the obstetrical team, Dr. Callahan and Dr. Diaz, and to her charge nurse. Had the obstetrical team of Dr. MacMillan, Dr. Callahan and/or Dr. Diaz responded to Nurse Leung at or about 7:19 a.m. as she did at 7:28 a.m., it was then incumbent upon Nurse Leung to immediately and aggressively go up the nursing chain of command by seeking an immediate consult from her charge nurse. If the charge nurse and/or Dr.MacMillan did not respond within minutes, it would then be incumbent upon Nurse Leung to follow the Hospital's nursing chain of command and to do so rapidly. Passively accepting Dr. MacMillan's response to her call at or about 7:28 a.m. that she (Dr. MacMillan) would come by after rounds was a departure from the standard of care on the part of Nurse Leung. Nurse Leung's failure to contact her charge nurse within minutes of her 7:19 a.m. note was likewise a departure from the standard of care on the part of Nurse Leung. Had Nurse Leung complied with the standard of care in acting as the eyes and ears of her patient, it is difficult to accept that someone would not have been available to examine Ms. Watkins by 7:30 a.m. Had this occurred, it is my opinion that the child would have been found delivered or that Ms. Watkins would have been found to be fully dilated and the fetal head crowning.

Had Dr. MacMillan, Dr. Callahan, Dr. Diaz or Nurse Leung complied with the standard of care and acted aggressively on behalf of Ms. Watkins and her unborn/newborn child, there is a reasonable likelihood that the catastrophic outcome would have been avoided.

I reserve my right to change and/or update these opinions as further information becomes available.

*Andrew D Hull MD*

May 3, 2016

Michael P. Cogan
Cogan & Power, P.C.
1 East Wacker Drive
Suite 510
Chicago, IL 60601

Re: Aiden Green/Chastity Watkins

Dear Mr Cogan,

In response to your request, I am issuing the follow report related to the delivery of the above captioned patient. The conclusions contained herein result, in part, from the materials sent by your office contained on a DVD including:

Fetal monitor tracings from West Suburban Hospital
Hospital records for Chastity Watkins
Hospital records for Aiden Green( her newborn son)
Discharge summary from Lurie Childrens Hospital( following neonatal transfer)

From the records the following facts are clear:

1. The patient is admitted at ~0134 on 11/04/2015 , at 36 ½ weeks GA with a diagnosis or premature rupture of the membranes( PROM).
2. During the next several hours, following an order for continuous fetal monitoring, the fetus appears entirely normal with normal baseline heart rate, variability, and accelerations; all indicating no apparent adverse condition.
3. By 0540 hours, a progress note documents: " 4 cm dilation/90%effaced/-2 station, and epidural in place.
4. At 0636 hours, the fetal signal is lost, with a note by the nurse at 0641 , " adjusting EFM"
5. At 0728, 52 minutes since the last recorded fetal heart rate, another nursing note, "" attempting to locate the FHR" is entered.
6. At approximately 0800 a nurse in the room finds a newborn, "cold and no cry" lying between the patients legs, after which appropriate help is summoned.
7. Aiden is born with profound asphyxia: a pH of 6.6 and base deficit of -27, and given Apgar scores of 1,4,4,4, at one, five, ten , and fifteen minutes after major recusitative efforts.
8. After over two months in the hospital, he is finally discharged with a diagnosis of Hypoxic Ischemic Encephalopathy( HIE ).

From the medical records, the facts listed above, and my expecienced as a Board Certified Maternal- Fetal Medicine specialist, it is clear that this newborn suffered from an injury occurring sometime after 0636 hours. While the record is so incomplete making it impossible to determine if the resultant injury occurred before the actual delivery, or while the newborn was trapped between his mothers legs, it is certain that had proper monitoring of both mother and fetus been accomplished, that this end result would have been avoided. As a physician licensed to practice in Illinois, I believe there is probable cause to proceed with malpractice action in this matter.

# CURRICULUM VITAE

### Andrew Dean Hull

## PERSONAL HISTORY:

Date and place of birth:          October 1, 1957, London, England

## EDUCATION:

**BMedSci.(Hons)**          1979 - University of Nottingham Medical School
Nottingham, England
Major: Microbiology

**BM BS**          1981 - University of Nottingham Medical School
Nottingham, England

**MRCOG**          1988

**FRCOG**          2000

**Diplomate American**          1999
**Board of Obstetrics &**
**Gynecology**

**Diplomate American**          2001
**Board of Obstetrics &**
**Gynecology –**
**Maternal Fetal medicine**

**HIV Specialist Credential**          2002
**American Academy of HIV Medicine**

## PRESENT POST:

Professor of Clinical Reproductive Medicine,
Department of Reproductive Medicine
Division of Perinatal Medicine
University of California San Diego July 1, 1998 to present.

Director Maternal-Fetal Medicine Fellowship
Division of Perinatal Medicine
Department of Reproductive Medicine
University of California San Diego

## MEMBERSHIP IN PROFESSIONAL SOCIETIES:

- American Academy of HIV Medicine - Member
- American College of Obstetricians & Gynecologists - Fellow
- American Institute of Ultrasound in Medicine - Member
- Association of Professors of Gynecology and Obstetrics - Member
- British Maternal and Fetal Medicine Society - Member
- Cyber 3D Ultrasound Society – Member
- International Society for Developmental Origins of Health and Disease - Member
- International AIDS Society - Member
- International Society of Perinatal Obstetricians - Fellow
- International Society of Ultrasound in Obstetrics and Gynecology - Member
- North American Society for the Study of Hypertension in Pregnancy - Member
- Obstetric Anaesthetists Association – Member
- Perinatal Research Society - Member
- Royal College of Obstetricians & Gynaecologists – Fellow
- Society for Gynecologic Investigation - Member
- Society for Maternal-Fetal Medicine - Member
- Teratology Society - Member
- American College of Medical Genetics – Member
-

## PROFESSIONAL EXPERIENCE:

1981 - 1982   House Surgeon/House Physician, Nottingham City &
              Mansfield General Hospitals, England

1982 - 1985   Senior House Officer Posts in Obstetrics & Gynaecology, Urology
              and Accident and Emergency, Nottingham University
              Nottingham City & Mansfield General Hospitals, England

1985 - 1988   Registrar in Obstetrics & Gynaecology, Nottingham City &
              Mansfield King's Mill Hospitals, England

1988 - 1989   Registrar in Obstetrics & Gynaecology, Leicester General Hospital,
              England

1990 - 1993   Postdoctoral Research Fellow, Perinatal Biology, School of Medicine,
              Loma Linda University, Loma Linda, California, USA

1993 - 1996   Residency, Obstetrics & Gynecology, School of Medicine, Loma Linda
              University, Loma Linda, California, USA

1996 - 1998   Fellowship, Maternal Fetal Medicine, University of California, San Diego, California

- 2 -

## AWARDS AND HONORARIA:

Young MRCOG Award presented at the 1st International Scientific Meeting of The Royal College of Obstetricians and Gynaecologists, Singapore, September 1990

Ortho Award for Outstanding Research by a Resident in Obstetrics & Gynecology, June 1996

NICHD sponsorship for attendance at the Perinatal Research Society Annual Meeting Asheville, North Carolina, September 1997.

National Center of Leadership in Academic Medicine: Junior Faculty Mentorship Program 1999

UCSD Health Professions Undergraduate Mentor Certificate 1999-2000

Best Oral Communication Award presented at the World Federation for Ultrasound in Medicine and Biology, 9th Annual Congress, Florence, Italy, May 2000.

APGO / Solvay Educational Scholar 2001 - 2002

County of San Diego Volunteer of the Month Award, September 2001.
> *For Outstanding Service to the Health & Human Services Agency, Fetal and Infant Mortality Review Program and the Citizens of San Diego County.*

UCSD Academy of Clinician Scholars – inaugural member 2002 – present

Best Oral Communication Award. Presented at the 17th World Congress on Ultrasound in Obstetrics and Gynecology, Florence, Italy October 2007

## PROFESSIONAL DEVELOPMENT:

Program for Health Care Negotiation and Conflict Resolution. Harvard School of Public Health, Boston, Massachusetts – graduated April 2002.

## COMMUNITY & VOLUNTARY SERVICE:

Consultant Perinatologist to Obstetric & Gynecologic Services, St. Vincent de Paul Village, San Diego, California, 1996 – Present
Member, Medical Advisory Board, St. Vincent de Paul Village, San Diego, California, 2000 – Present
Member Fetal & Infant Mortality Review Program, San Diego County, California, 1998 - Present
Member Perinatal Substance Abuse Task Force, San Diego, California, 2001 - Present
Safety Officer and Board Member, Rancho Bernardo Little League, California, 2003 - Present

- 3 -

**GRANTS:**

| Title | Granting Agency | Amount of Total Award | Time period of contract/grant | Role |
|-------|-----------------|----------------------|-------------------------------|------|
| Prenatal Ultrasound and Early Detection of Fetal Alcohol Spectrum Disorder | NIH NIAAA | $182,139 | 09/07 – 08/10 | PI |
| UCSD Mother Child & Adolescent HIV Program | NIH | $1,192,968 | 08/05 – 01/07 | Consultant MFM to program |
| UCSD Mother Child & Adolescent HIV Program | NIH | $566,594 | 08/08 – 07/13 | Consultant MFM to program |
| UCSD Mother Child & Adolescent HIV Program | PHS HRSA | $819,542 | 08/05 – 07/08 | Consultant MFM to program |
| UCSD Mother Child & Adolescent HIV Program | PHS HRSA | $965,496 | 08/08 – 07/13 | Consultant MFM to program |

**UNIVERSITY SERVICE:**

University

- Independent Student Projects, Department of Reproductive Medicine – Director 1998 – Present

- Biomedical Library Advisory Committee – Member – 2004 - 2007

- 4 -

<u>Department</u>

- Associate Director Maternal-Fetal Medicine Fellowship 2001 – 2004
- Director of Research, Division of Perinatal Medicine 2002 – Present
- Director Maternal-Fetal Medicine Fellowship 2005 - Present
- Chief, Perinatal Services Scripps Mercy Hospital 2005 - Present
- Director, UCSD Fetal Diagnosis and Treatment Center 2006 – Present

<u>Department Committees</u>

- Labor & Delivery Computer User Group – Member 1998 – 2000
- Prenatal Diagnosis Center Quality Assurance Committee – Member 1998 – Present
- Clinical Faculty Compensation Committee – Member 2004 – Present
- Search Committee Division of Perinatal Medicine – Basic Science Research Faculty 2005
- Search Committee Division of Perinatal Medicine – Basic Science Research Faculty 2006
- Search Committee Division of Perinatal Medicine – Clinical Perinatologist Faculty 2006
- Search Committee Division of Perinatal Medicine – Laborist Faculty 2006
- Fetal Center Operations Committee – Chair – 2006 – Present
- PDC QA Committee – Chair – 2006 – Present

<u>Hospital Committees</u>

- Interdisciplinary Practices Committee – Member 1998 – 2000
- Patient Care Review Committee – Member 1998 – 2003
- Quality Improvement Committee / UCSD Healthcare – Member 1998 – 2003
- Quality Improvement Committee / UCSD Health Plan – Member 1998 – 2003
- Quality Improvement Representative (QIR) – Department of Reproductive Medicine 1998 – Present
- Performance Improvement and Outcomes Committee - Member 2003 - 2005
- Patient Safety Committee – Member 2003 – 2005
- Patient Care and Peer Review Committee – Member 2005 – Present
- Medical Risk Management Committee – Member 2005 - 2006

<u>Outside Hospital Committees</u>

- Scripps Mercy Department of Obstetrics & Gynecology Supervisory Committee 2002 – Present
- Scripps Mercy Department of Obstetrics & Gynecology M & M Meeting – Perinatal Member  2002 - Present

## PROFESSIONAL ACTIVITIES:

Local
- Scripps Mercy Dept of Ob/Gyn Supervisory Committee
- Scripps Mercy M&M Committee
- San Diego County Fetal and Infant Mortality Review Program – Committee Member (1999 – Present)
- San Diego County Perinatal Substance Abuse Task Force – Committee - Member (2001 – Present)

- State
  - CityMatCH Perinatal HIV Standards of Care Committee – Committee Member (2002 – Present)
  - Advisory Panel DHS/OA California Perinatal MMWR: "HIV Testing in Pregnancy" (2002 – Present)
  - State of California – Health and Human Services Agency. Genetic Diseases Branch, Perinatal Subcommittee – Member (2006 – Present)
  - California Maternal Quality Care Collaborative (CMQCC) – Hemorrhage Task Force Committee – Member (2008)
- National
  - Society for Maternal Fetal Medicine – Associate Member Representative (1999-2000)
  - Society for Maternal Fetal Medicine – Board of Directors - Member (1999-2000)
  - Pediatric AIDS Clinical Trials Group, Perinatal Research Agenda Committee – Member (1999 – 2007)
  - Pediatric AIDS Clinical Trials Group, Obstetric Subcommittee – Member (1999 – 2007)
  - Session Moderator CREOG & APGO Annual Meeting 2003
  - Pediatric AIDS Clinical Trials Group, Pediatric Executive Committee (2003 – 2007)
  - Poster Judge Society for Maternal Fetal Medicine Annual Meeting, New Orleans, Louisiana 2004
  - Oral Judge for Maternal Fetal Medicine Annual Meeting, Reno, NV February 2005
  - Drug Safety Monitoring Board – Pfizer Viracept Study A 4301017 (2006 – 2008)
  - PACTG/IMPAACT Study 1039 Committee – Chair (2006 – Present)
  - Teratology Society, Public Affairs Committee (2006 – 2008)

- 6 -

- **International**
  - Royal College of Obstetricians and Gynaecologists – American Representative Committee – Members Representative – Western Zone (2003 – 2006)
  - Convener and Chairman Symposium on Maternal Fetal Medicine, Teratology Society Annual Meeting, Vancouver, BC, Canada June 2004
  - Royal College of Obstetricians and Gynaecologists – American Representative Committee – Fellows Representative – Western Zone (2006 – Present)
  - Editor, Obstetrics & Gynecology, First Consult, Elsevier. www.FirstConsult.com (2004)
  - Editor in Chief, Obstetrics & Gynecology, First Consult, Elsevier. www.FirstConsult.com (2004 – 2010)

## INVITED REVIEWER:

- American Journal of Obstetrics & Gynecology
- Obstetrics & Gynecology
- Ultrasound in Obstetrics & Gynecology
- Journal of Ultrasound in Medicine
- Prenatal Diagnosis
- Journal of Perinatology
- Journal of Perinatal Medicine
- Journal of Clinical Genetics
- Gynecologic & Obstetric Investigation
- Journal of Clinical Ultrasound
- American Journal of Preventive Medicine
- Journal of Thrombosis and Haemostasis
- Psychosomatic Medicine
- Canadian Journal of Physiology & Pharmacology

## TEACHING:

**Faculty Advisor**

- Maryam Tarsa 1999 – 2002
- Jessica Kingston 1999 – 2002

- 7 -

**ISP Supervisor**

- Sergio Garcia 1999 - 2000
- Dena Strube 1999 - 2000
- Sara Nelson 1999 - 2000
- Paola Aghajanian 2000 – 2003
- Mamata Kene 2002 –2003
- Rebecca Bloch 2002 – 2003
- Sarah Lee 2002 – 2003
- Azadeh Shirazi 2003 – 2004
- Monica Ji 2003 - 2004
- Neeraj Desai 2004
- Jenny Hoffman 2004
- Sujin Lee 2008
- Jackie Phan 2008
- Jennifer Kho 2008

**Resident / Fellow Research Supervisor**

- Catherine Buerchner  (Resident Ob/Gyn) 1999
- Catherine Pattengill (Resident Ob/Gyn) 1999 – 2000
- Sean Daneshmand (Fellow Maternal Fetal Medicine) 2000
- Matthew Kim (Fellow Maternal Fetal Medicine) 2000
- Thomas Trevett (Resident Ob/Gyn) 2001
- Ramen Chmait (Fellow Maternal Fetal Medicine) 2001 – 2003
- Charles Liu (Resident Radiology) 2002
- Maryam Tarsa (Fellow Maternal Fetal Medicine) 2002 – 2005
- Carri Warshak (Fellow Maternal Fetal Medicine) 2003 – 2006
- Danielle Jandial (Resident Ob/Gyn) 2004
- Verlee Fines (Fellow Maternal Fetal Medicine) 2004
- Leah Bernard (Resident Ob/Gyn) 2004 – 2005
- Heather Gunnarson (Resident Ob/Gyn) 2005
- Gena McIlwain (Resident Ob/Gyn) 2005 – 2006
- Menashe Kfir (Fellow Maternal Fetal Medicine) 2005 - 2008
- Gladys Ramos (Fellow Maternal Fetal Medicine) 2005 – 2008
- Louise Laurent (Fellow Maternal Fetal Medicine) 2005 – 2008
- Marissa Valencia Ylagan (Fellow Maternal Fetal Medicine) 2006 – 2009
- Veronica Tache (Fellow Maternal Fetal Medicine) 2007 – 2010
- Kristen Quinn (Fellow Maternal Fetal Medicine) 2008 – 2011
- Neha Trivedi (Fellow Maternal Fetal Medicine) 2008 – 2011

**Faculty Mentor Program**

- Sergio Garcia 1999 - 2000
- Stephanie Ku 2000 - 2001

**Faculty Advisor Program**

- Brooke Resh (Class of 2005)
- Mark Koenig (Class of 2005)

**Faculty Preceptor Program**
- Nidhi Pandoh (Class of 2007)

**Maternal-Fetal Medicine Fellows Trained (year of graduation)**

- Matthew J. Kim MD (2002)
- Sean S. Daneshmand MD (2002)
- Ramen H. Chmait MD (2003)
- Maryam Tarsa MD (2005)
- Verlee Fines MD (2005)
- Carri Warshak MD (2006)
- Menashe Kfir (2008)
- Louise Laurent (2008)
- Gladys Ramos (2008)
- Marissa Valencia Ylagan (2009)
- Veronica Tache (2010)
- Kristen Quinn (2011)
- Neha Trivedi (2011)

**MAS Committee Member**

- Maryam Tarsa (2006)

## PUBLICATIONS

**MANUSCRIPTS:**

1. Hull AD, Long DM, Longo LD, Pearce WJ (1991). Chronic hypoxia alters ovine cerebrovascular reactivity and composition. Proceedings of the Western Pharmacological Society 34: 233-238.

2. Hull AD, Long DM, Longo LD, Pearce WJ (1991). Pregnancy-induced changes in ovine cerebrovascular reactivity and composition. Proceedings of the Western Pharmacological Society 34: 239-245.

3. Pearce WJ, Hull AD, Long DM, Longo LD (1991). Effects of maturation on ovine cerebrovascular endothelial function. Proceedings of the Western Pharmacological Society 34: 247-254.

4. Pearce WJ, Hull AD, Long DM, Longo LD (1991). Developmental changes in ovine cerebral artery composition and reactivity. American Journal of Physiology 261: R 458-465.

5. Hull AD, Long DM, Longo LD, Pearce WJ (1992). Pregnancy-induced changes in ovine cerebral arteries. American Journal of Physiology 262: R137-143.

6. Longo LD, Hull AD, Long DM, Pearce WJ (1993). Cerebrovascular adaptation to high altitude hypoxemia in fetal and adult sheep. American Journal of Physiology 264: R65-72.

7. Hull AD, Longo LD, Long DM, Pearce WJ (1994). Pregnancy alters cerebrovascular adaptation to high altitude hypoxemia. American Journal of Physiology 266: R765-772.

8. Hull AD, White CR, Pearce WJ (1994). Endothelium-derived relaxing factor and cyclic-GMP dependent vasorelaxation in human chorionic plate arteries. Placenta 15:365-375.

9. Pearce WJ, Hull AD, Long DM, White CR (1994). Effects of maturation on cGMP-dependent vasodilation in ovine basilar and carotid arteries. Pediatric Research 36: 25-33.

10. Hull AD, Pretorius DH. (1998). Fetal face: what we can see using two dimensional and three dimensional ultrasound imaging. Seminars in Roentgenology, Vol.XXXIII, No 4 (October) pp369-374.

11. Brace RA, Gruslin A, Hull AD, Widness JA, Cheung CY. (1999). Correction of hemorrhage-induced anemia with intra-amniotic iron in the ovine fetus. American Journal of Obstetrics & Gynecology 180: 214-220.

12. Hull AD, Salerno CC, Saenz CC, Pretorius DH. (1999). Three - dimensional ultrasonography and diagnosis of placenta percreta with bladder involvement. J Ultrasound in Medicine 18: 853-856.

13. Salerno CC, Pretorius DH, Hilton S.vW, O'Boyle MK, Hull AD, James GM, Riccabona, M, Mannino F, Craft A, Nelson TR. (2000) Three-Dimensional Ultrasonographic Imaging of the Neonatal Brain in High Risk Neonates: Preliminary Study. J Ultrasound in Medicine 19: 549-555.
    .

14. Hull AD, Pretorius DH, Lev-Toaff A, Budorick NE, Salerno CC, Johnson MM, James G, Nelson TR. (2000) Artifacts and the visualization of fetal distal extremities using three-dimensional ultrasound. Ultrasound in Obstetrics and Gynecology 16: 341-344.

15. Nelson TR, Pretorius DH, Hull A, Riccabona M, Sklansky MS, James G. (2000) Sources and impact of artifacts on clinical three-dimensional ultrasound imaging. Ultrasound in Obstetrics and Gynecology 16: 374-383.

16. Albers E, Daneshmand S, Hull A. (2001). Complete Hydatidiform Mole with Coexistent Term Twin Pregnancy. Journal of Perinatology 21: 72-75.

17. Hull AD, James G, Salerno CC, Nelson T, Pretorius DH. (2001). Three-dimensional Utrasonography and Assessment of the First-Trimester Fetus. J Ultrasound in Medicine 20: 287-293.

18. Chmait R, Hull A. (2001). Unusually Large Acardiac Twin Pregnancy at Term. Journal of Perinatology 21: 150 - 152.

19. Hull AD, James G, Pretorius DH. (2001). Detection of Jarcho-Levin syndrome at 12 weeks' gestation by nuchal translucency screening and three-dimensional ultrasound. Prenatal Diagnosis 21: 390 – 394.

20. Hull AD, Brace RA. (2001). Erythrocyte and erythropoietin responses to hemorrhage in the immature and near term ovine fetus. American Journal of Obstetrics & Gynecology 185:501 - 506.

21. Chmait RH, Hull AD, James GM, Nelson TR, Pretorius DH. (2001). Three Dimensional Ultrasound Evaluation of the Fetal Face. Ultrasound Review of Obstetrics and Gynecology 1: 138 - 143..

22. Chmait R, Franklin P, Spector SA, Hull AD (2002). Protease Inhibitors and Decreased Birth Weight in HIV-Infected Pregnant Women with Impaired Glucose Tolerance. Journal of Perinatology 22: 370 – 373.

23. Liu CC, Pretorius DH, Scioscia AL, Hull AD (2002). Sonographic Prenatal Diagnosis of Marginal Placental Cord Insertion: Clinical Importance. J Ultrasound in Medicine 21: 627 – 632.

24.     Dorenbaum A, Cunningham CK, Gelber RD et al for the International PACTG 316 Team (2002). Two-Dose Intrapartum / Newborn Nevirapine and Standard Antiretroviral Therapy to Reduce Perinatal HIV-1 Transmission: A Randomized Trial. JAMA 288: 189 – 198.

25      Chmait RH, Hull AD (2002). Doppler ultrasonographic evaluation of twins discordant for Rh alloimmunization. American Journal of Obstetrics & Gynecology 187: 250 – 251.

26.     Liu CC, Pretorius DH, Scioscia AL, Hull AD (2002). Est-il important de diagnostiquer l'insertion marginale du cordon ombilical sur le placenta? Analyse par JM Bourgeois. Journal Mensuel D'Echographie 11: 589 – 592.

27.     Chmait RH, Pretorius DH, Hull AD. (2002). Picture of the Month: nasal glioma. Ultrasound in Obstetrics and Gynecology 20: 417 – 418.

28.     Chmait R, Pretorius D, Jones M, Hull A, James G, Nelson T, Moore T. (2002). Prenatal Evaluation of Facial Clefts with Two-Dimensional and Adjunctive Three-Dimensional Ultrasonography: A Prospective Trial. American Journal of Obstetrics & Gynecology 187: 946 – 949.

29.     Nauli SM, White CR, Hull AD, Pearce WJ. (2003). Maturation alters cyclic nucleotide and relaxation responses to nitric oxide donors in ovine cerebral arteries. Biology of the Neonate 83: 123 – 135.

30.     Ji E-K, Pretorius DH, Newton R, Uyan K, Hull AD, Hollenbach K, Nelson TR. (2005). Effects of ultrasound on maternal-fetal bonding: a comparison of two- and three-dimensional imaging. Ultrasound in Obstetrics and Gynecology 25: 473 – 477.

31.     Williams JM, Hull AD, Pearce WJ. (2005) Maturational Modulation of Endothelium-Dependent Vasodilation in Ovine Cerebral Arteries. American Journal of Physiology 288: 149 – 157

32.     Chmait R, Pretorius D, Moore T, Hull A, James G, Nelson T, Jones M. (2006) Prenatal Detection of Associated Anomalies in Fetuses Diagnosed with Cleft Lip with or without Cleft Palate in Utero. Ultrasound in Obstetrics and Gynecology 27: 173 – 176.

33      Saitoh A, Hull AD, Franklin P, Spector SA. (2005) Myelomeningocele in an infant with intrauterine exposure to efavirenz. Journal of Perinatology 25: 555 – 556.

34      Jones KL, Chambers CD, Hill LL, Hull AD, Riley EP. Alcohol Use in Pregnancy: inadequate recommendations for an Increasing problem. (2006). British Journal of Obstetrics and Gynaecology 113: 967 – 968

35      Warshak CR, Eskander R, Hull AD, Scioscia AL, Mattrey RF, Benirschke K, Resnik R.(2006) Accuracy of ultrasonography and magnetic resonance imaging in the diagnosis of placenta accreta. Obstetrics & Gynecology 108: 573 – 581.

- 12 -

36    Pretorius DH, Gattu S, Ji EK, Hollenbach K, Newton R, Hull A, Carmona S, D'Agostini D, Nelson TR. (2006). Preexamination and postexamination assessment of parental-fetal bonding in patients undergoing 3-/4-dimensional obstetric ultrasonography. J Ultrasound Med 25:1411 – 1421

37    Pretorius DH, Hearon HA, Hollenbach KA, Ji EK, Gattu S, Nelson NM, Nelson TM, Chibuk J, Hull AD, Newton RP, Nelson TR.(2007). Parental artistic drawings of the fetus before and after 3-/4-dimensional ultrasonography. J Ultrasound Med. 26:301 – 308

38    Hitti J, Andersen J, McComsey G, Liu T, Melvin A, Smith L, Stek A, Aberg J, Hull A, Alston-Smith B, Watts DH, Livingston E; AIDS Clinical Trials Group 5084 Study Team. (2007). Protease inhibitor-based antiretroviral therapy and glucose tolerance in pregnancy: AIDS Clinical Trials Group A5084. Am J Obstet Gynecol. 331: e1-7.

39    Lee S, Pretorius DH, Asfoor S, Hull AD, Newton RP, Hollenbach K, Nelson TR. (2007) Prenatal three-dimensional ultrasound: perception of sonographers, sonologists and undergraduate students. Ultrasound Obstet Gynecol 30:77-80.

40    Capparelli EV, Aweeka F, Hitti J, Stek A, Hu C, Burchett SK, Best B, Smith E, Read JS, Watts H, Nachman S, Thorpe EM Jr, Spector SA, Jimenez E, Shearer WT,Foca M, Mirochnick M; PACTG 1026S Study Team; PACTG P1022 Study Team. (2008) Chronic administration of nevirapine during pregnancy: impact of pregnancy on pharmacokinetics. HIV Med. 9:214 – 220.

41    Bryson YJ, Mirochnick M, Stek A, Mofenson LM, Connor J, Capparelli E, Watts DH, Huang S, Hughes MD, Kaiser K, Purdue L, Asfaw Y, Keller M, Smith E, PACTG 353 Team. (2008) Pharmacokinetics and Safety of Nelfinavir when used in combination with zidovudine and lamivudine in HIV-infected pregnant women: Pediatric AIDS Clinical Trials Group (PACTG) Protocol 353.  HIV Clin Trials 9: 115 – 125.

42    Bardeguez AD, Lindsey JC, Shannon M, Tuomala RE, Cohn SE, Smith E, Stek A, Buschur S, Cotter A, Bettica L, Read JS, PACTG 1025 Protocol Team. (2008). Adherence to Antiretrovirals among US women during and after pregnancy. J Acquir Immune Defic Syndrome 48: 408 – 417

43.*    Al-Serehi A, Mhoyan A, Brown M, Benirschke K, Hull A, Pretorius DH. (2008) Placenta accreta: an association with fibroids and Asherman syndrome. J Ultrasound Med. 27(11):1623-8. ( Published)

44.*    Mirochnick M, Best BM, Stek AM, Capparelli E, Hu C, Burchett SK, Holland DT, Smith E, Gaddipati S, Read JS; PACTG 1026s Study Team. (2008) Lopinavir exposure with an increased dose during pregnancy. J Acquir Immune Defic Syndr. 15;49(5):485-91 ( Published)

45.*    Kfir M, Yevtushok L, Onishchenko S, Wertelecki W, Bakhireva L, Chambers CD,

Jones KL, Hull AD. (2009) Can prenatal ultrasound detect the effects of in-utero alcohol exposure? A pilot study. Ultrasound Obstet Gynecol. 33(6):683-9 ( Published)

46.*   Bernard LS, Ramos GA, Fines V, Hull AD. (2009) Reducing the cost of detection of congenital heart disease in fetuses of women with pregestational diabetes mellitus. Ultrasound Obstet Gynecol. 33(6):676-82. ( Published)

47.*   Gindes L, Pretorius DH, Romine LE, Kfir M, D'Agostini D, Hull A, Achiron R. (2009) Three-dimensional ultrasonographic depiction of fetal abdominal blood vessels. J Ultrasound Med. 28(8):977-88 ( Published)

48.*   Hull AD, Resnik R. Placenta accreta and postpartum hemorrhage. (2010) Clin Obstet Gynecol. 53(1):228-36 ( Published)

49.*   Aweeka FT, Stek A, Best BM, Hu C, Holland D, Hermes A, Burchett SK, Read J, Mirochnick M, Capparelli EV; International Maternal Pediatric Adolescent AIDS Clinical Trials Group (IMPAACT) P1026s Protocol Team (2010). Lopinavir protein binding in HIV-1-infected pregnant women. HIV Med. 11(4):232-8. ( Published)

50*   Livingston EG, Huo Y, Patel K, Brogly SB, Tuomala R, Scott GB, Bardeguez A, Stek A, Read JS; International Maternal Pediatric Adolescent AIDS Clinical Trials Group Protocol 1025 Study Team. Mode of delivery and infant respiratory morbidity among infants born to HIV-1-infected women. (2010) Obstetrics & Gynecology.116(2 Pt 1):335-43. ( Published)

51*   Hull AD, Moore TR. (2011) Multiple repeat cesareans and the threat of placenta accreta: incidence, diagnosis, management. Clinics in Perinatology 38(2): 285-96.

**Book Chapters:**

1.   Hull A, Moore, TR. "Antepartum Fetal Assessment". In Avery's Diseases of the Newborn, Taesch & Ballard (eds), 7th edition. W.B. Saunders (1998).

2.   Walker M, Hull, A. "Preterm Labor and Birth" In Avery's Diseased of the Newborn, Taeusch & Ballard (eds), 7th edition. W.B. Saunders (1998).

3.   Hull, AD, Pretorius DH, Nelson TR. "Three Dimensional Ultrasound in Obstetrics". In Sonography in Obstetrics and Gynecology: Principles and Practice, Fleischer, manning, Jeanty & Romero (eds), 6th edition, McGraw Hill (2001).

4.   Hull, AD, Pretorius DH. "Three dimensional Power Doppler in the Study of Placental and

Umbilical Cord Abnormalities". In Clinical Application of 3D Sonography, Kurjak & Kupesic (eds). 1st edition. Parthenon (2000)

5. Hull, A, Moore TR. "Antepartum Fetal Assessment". In Avery's Diseases of the Newborn, Taeusch & Ballard (eds), 8th edition. W.B. Saunders (2004).

6. Hull, A, Moore, TR. "Hypertensive Complications of Pregnancy". In Avery's Diseases of the Newborn, Taeusch & Ballard (eds), 8th edition. W.B. Saunders (2004)

7. Hull AD, Resnik R. "Placenta Previa, Accreta, and Abruptio Placenta". In Creasy and Resnik's Maternal Fetal Medicine: Principles and Practice, Creasy, Resnik, Iams, Lockwood & Moore (eds) 6th edition. Elsevier ( Projected for 2008) *(In Press))*

## ABSTRACTS:

1. Robinson G, Filshie GM, Bates T, Hull A, Heslip M (1985). Morphological changes in the human cervix following treatment with Lamicel. Proceedings of the First International Congress of Obstetrics & Gynecology 1:56.

2. Hull A, Pearce W, Longo L (1990). Developmental changes in ovine cerebrovascular composition and reactivity. Proceedings of the Royal College of Obstetricians and Gynaecologists 1:137.

3. Hull A, Long DM, Longo LD, Pearce WR (1991). Pregnancy-induced changes in ovine cerebrovascular reactivity. Proceedings of the Society for Gynecological Investigation 38:584.

4. Longo LD, Hull A, Long DM, Pearce WJ (1991). Fetal cerebral vascular adaptations to long term hypoxia. Proceedings of the Society for Gynecological Investigation 38:590.

5. Pearce WJ, Hull A, Long DM, Longo LD (1991). Developmental changes in endothelial structure and function in human and ovine cerebral arteries. Proceedings of the Society for Gynecological Investigation 38:593.

6. Pearce WJ, Brayden JE, Hull AD, Long DM (1991). Hypoxia opens ATP-operated channels in rabbit carotid but not middle cerebral arteries. FASEB Journal 5:A1112.

7. Pearce WJ, Brayden JE, Hull AD, Long DM (1991). Hypoxia opens ATP-operated K+ channels in large but not small rabbit cerebral arteries. Journal of Cerebral Blood Flow and Metabolism 11

(Supp. 2): S24.

8. Pearce WJ, Hull AD, Long DM, Yu YY, White CR (1991). Guanylate cyclase-dependent mechanisms of relaxation are fully functional at birth in human and ovine cerebral arteries. Journal of Cerebral Blood Flow and Metabolism 11 (Supp. 2) S204.

9. Hull AD, Long DM, Pearce WJ (1992). L-arginine enhances contractility in endothelium-intact newborn, but not adult, ovine cerebral arteries. Proceedings of the Society for Gynecological Investigation 39:535.

10. White CR, Hull AD, Pearce WJ (1992). Synthesis and degradation of guanosine 3':5'-cyclic monophosphate is more rapid in ovine intercranial cerebral arteries than extracranial arteries. FASEB Journal, 6:A1893.

11. Hull AD. (1992). Guanosine 3':5'-cyclic monophosphate mediated relaxation of human chorionic plate arteries. FASEB Journal, 6:A636A.

12. Hull AD, Pearce WJ. (1992). L-arginine enhances contractility, without affecting relaxation responses, in endothelium-intact newborn, but not adult, ovine cerebral arteries. Journal of Vascular Research 29:184.

13. Hull AD, Pearce WJ. (1992). Pregnancy impairs endothelial adaptation to chronic hypoxia in ovine cerebral arteries. Journal of Vascular Research 29:185.

14. Pearce WJ, Hull AD. (1992) Maturational changes in cerebral endothelial function: effects of indomethacin. Journal of Vascular Research 29:300.

15. Hull AD. (1992). Guanosine cyclase dependent vasorelaxation in human placental arteries. Proceedings of the 26th British Congress of Obstetrics & Gynaecology: 366.

16. Hull AD, Longo DL, Long DM, Pearce WJ. (1993). Pregnancy alters cerebrovascular adaptation to high altitude. Proceedings of the Society for Gynecological Investigation 40:S225.

17. Longo LD, Gilbert RD, Kamitomo M, Browne VA, Hull AD, Pearce WJ, Harvey LM, Ducsay CA. (1993). Some fetal adaptations to high altitude, long-term hypoxemia. Proceedings of the Society for Gynecological Investigation 40:21.

18. Hull AD, White CR, Pearce WJ. (1993). Human placental arteries have a high basal rate of EDRF synthesis. FASEB Journal 7:A4523.

19. White CR, Hull AD, Long DM, Pearce WJ. (1993). Maturation decreases both synthesis and degradation of cGMP in ovine cerebral arteries. FASEB Journal 7:A4384.

20. Rhee JW, Longo LD, Hull Ad, Valenzuela GJ, Ducsay CA. (1995). Effect of arginine-vasopressin pre-treatment on myometrial response to oxytocin in the pregnant rat following exposure to chronic hypoxia. Journal of the Society for Gynecological Investigation 2:037.

21. Hull AD, Rhee JW, Ducsay CA. (1995). Chronic hypoxia reduces the efficacy of calcium channel blocker tocolysis in vitro. Biology of Reproduction 52 (Supp. 1) 516.

22. Rhee JW, Hull AD, Valenzuela GJ, Ducasy CA. (1996). Effect of chronic long-term hypoxia on myometrial contractile response to oxytocin in the pregnant ewe. Journal of the Society for Gynecological Investigation 3:573.

23. Hull AD, Gruslin-Giroux AR, Shields LE, Widness JR, Brace RA. (1997). Correction of hemorrhage-induced anemia in the ovine fetus with intra-amniotic iron. Journal of the Society for Gynecological Investigation, 4(1) Supp.: 139.

24. Hull AD, Gruslin-Giroux, Brace RA. (1998). The effects of hemorrhage and intra-amniotic iron on red cell production in the ovine fetus at 110 and 125 days gestation. American Journal of Obstetrics & Gynecology 178 (1 Pt. 2) 106.

25. Hull AD, Widness JR, Brace RA. (1998). Successful treatment of fetal anemia via the intra-amniotic route at 110 & 125 days gestation in the ovine fetus. Journal of the Society for Gynecological Investigation 5 (1).

26. Hull AD, Pretorius DH, Budorick NE, Manco-Johnson M, Lev-Toaff A, Forsythe N, Nelson TR. (1998). Artifacts and the visualization of fetal distal extremities using three dimensional ultrasound. Ultrasound in Obstetrics and Gynecology 12 (Supp. 1)101.

27. Buerchner CA, Hull AD, Scioscia AL. Prenatal diagnosis of abnormal placental invasion is not foolproof. (1999). American Journal of Obstetrics & Gynecology 180 (1 Pt. 2) 548.

28. Pretorius DH, Nelson TR, Hull A, Riccabona M, James G. (1999). Artifact generation in three - dimensional ultrasound: Implications for clinical imaging. J Ultrasound in Medicine 18 S129:1813.

29. Pretorius DH, Nelson TR, Hull A, Riccabona M, James G (1999). 3DUS artefacts: etiology and clinical implications Ultrasound in Obstetrics and Gynecology 14 (Supp. 1) 113.

30. Hull AD, Salerno CC, James GJ, Nelson TR & Pretorius DH (1999). Assessment of fetal anatomy in the first trimester – role of three dimensional ultrasound (3DUS) Ultrasound in Obstetrics and Gynecology 14 (Supp. 1) 117.

31. Hull AD, Pretorius DH, Salerno CC, James GJ & Nelson TR (1999). Three dimensional ultrasound (3DUS) with color and power Doppler imaging – obstetric applications. Ultrasound in Obstetrics

and Gynecology 14 (Supp. 1) 118.

32.     Kim M, Hull AD, Moore TR. (2000). Fasting But Not Postprandial Blood Glucose Values Predict Birthweight in Gestational and Type II Diabetes. American Journal of Obstetrics & Gynecology 182 (1 Pt. 2) 213.

33.     Salerno CC, Pretorius DH, Hilton SvW, O'Boyle MK, Hull AD, James GM, Riccabona, M, Mannino F, Craft A, Nelson TR. (2000). Three-Dimensional Ultrasound Imaging of the Neonatal Brain in High Risk Neonates: A Preliminary Study. J Ultrasound in Medicine 19 S16:2501.

34.     Nelson T, Pretorius D, Hull A, Riccabona M, Sklansky M, James G. (2000) Clinical Significance of 3DUS Artifacts on Patient Diagnosis. Ultrasound in Medicine and Biology 26 (Supp 2) A209

35.     Hull AD, James G, Nelson TR, Pretorius DH. (2000) Three dimensional ultrasound assessment of the first trimester fetus – a 'one step approach'  Ultrasound in Obstetrics and Gynecology 16 (Supp. 1) 30

36.     Pretorius DH, Hull AD, Nelson TR, Coffler M, Daneshmand S. (2000) Patients undergoing three-dimensional ultrasound: review of referrals for 111 patients. Ultrasound in Obstetrics and Gynecology 16 (Supp. 1) 53

37.     Pretorius DH, Hull AD, Newton R, Nelson TR, James G. (2000) Impact of patient initiated three-dimensional ultrasound examination. Ultrasound in Obstetrics and Gynecology 16 (Supp. 1) 94 .

38.     Liu CC, Pretorius DH, Hull AD. (2000) Prenatal Sonographic Diagnosis of Placental Marginal Cord Insertion and its Significance. Radiology 217 (Supp.) 102.

39.     Pretorius DH, Hull AD, Daneshmand S, James G, Nelson TR. (2000) Assessment of Placenta Accreta/Percreta, Vasa Previa and Fetal Vascularity using 3DUS Power Doppler Radiology 217 (Supp.) 255.

40.     Daneshmand S, Hull, A, James G, Pretorius D. (2001). Three dimensional color and power Doppler ultrasound provides improved certainty of diagnosis of vasa previa. American Journal of Obstetrics & Gynecology 184: 522.

41.     Hull AD, Franklin P, Chmait RH, Spector SA. (2001). Protease Inhibitors and Impaired Glucose Tolerance in HIV-Infected Pregnant Women. Journal of the Society for Gynecologic Investigation 8 (1 Suppl): 637.

42.     Pretorius DH, Hull AD, Nelson TR, James GM, Coffer MS, Daneshmand S. (2001). Distribution and Potential Impact of Three-dimensional Ultrasound on Clinical Service Referral Patterns. J Ultrasound in Medicine 20 S88:1712.

        Hull AD, Pretorius DH, James G, Parry B, Newton R. (2001). Three-dimensional ultrasound

43.   (3DUS) does not enhance maternal bonding during pregnancy. Ultrasound in Obstetrics and Gynecology 18 (Supp. 1) 4 CEO-05.

44.   Pretorius DH, Uyan KM, Newton R, Hull A, James G, Nelson T. Effects of US on maternal-fetal bonding:2D vs. 3D. (2001) Ultrasound in Obstetrics and Gynecology 18 (Supp. 1) 20 F35.

45.   Hull AD, Pretorius DH, Newton R, Asfoor SA, James G. Three-dimensional obstetric ultrasound (3DUS) is perceived by lay non-pregnant adults to be more valuable than two-dimensional ultrasound (2DUS).(2001) Ultrasound in Obstetrics and Gynecology 18 (Supp. 1) 20 F36.

46.   Hull AD, Pretorius DH, Newton R, James G, Sonographers and sonologists hold favorable views of the role of three-dimensional ultrasound (3DUS) in obstetrics following a formal lecture on the subject. (2001) Ultrasound in Obstetrics and Gynecology 18 (Supp. 1) 20 F37..

47.   Trevett T, Kelly T, Budorick N, Pretorius DH., Scioscia A, Hull AD. Congenital Cystic Adenomatoid Malformation: An outcome study. (2001). American Journal of Obstetrics & Gynecology 185 (6) 566.

48.   Chmait R, Pretorius D, Jones M, Hull A, James G, Nelson T, Moore T. Prospective Comparison of Three-Dimensional Ultrasound in the Diagnosis of Fetal Cleft Lip and Palate. (2001). American Journal of Obstetrics & Gynecology 185 (6) 615.

49.   Chmait R, Pretorius D, Jones M, Hull A, James G, Nelson T, Moore T. Risk of Undetected Anomalies in Fetuses with "Isolated" Facial Clefts on Ultrasound. (2001). American Journal of Obstetrics & Gynecology 185 (6) 616.

50.   Pretorius DH, Chmait JR, Jones M, Hull AD, Moore T, Nelson TR. Diagnosis of Anomalies Associated with Cleft Lip/Palate Using Fetal Two-and Three-Dimensional Ultrasound. (2002). Journal of Ultrasound in Medicine 21:S:61 55013.

51.   Hull AD. The Impact of Introducing an Evidence-Based Medicine Journal Club on Clinical Practice and Resident Self-Education.(2002). Proceedings of CREOG & APGO Annual Meeting: 257.

52.   Tarsa M, Franklin P, Spector S, Hull A. Outcomes in HIV-Infected Pregnant Women Receiving Highly Active Antiretroviral Therapy (HAART) – The San Diego Experience. (2002). American Journal of Obstetrics & Gynecology 187(6): 616.

53.   Labat I, Arterburn M, Andarmani S, Stache-Crain B, Lee J, Funk W, Hull A, Moore T, Bogic L. Detection and characterization of placental genes related to preeclampsia. (2003). Proceedings of Sacramento Regional Biotechnology Summit 2003.

54.   Tarsa M, Franklin P, Spector SA, Hull AD. Impact of Trizivir Therapy in HIV-Infected Pregnant

Women. (2003). Journal of Perinatal Medicine Supplement.

55. Chmait R, Hull A, Moore T, Bogic L. Transcription levels of VEGFR-1 in preterm preeclampsia. (2003). American Journal of Obstetrics & Gynecology 189(6).

56. Chmait R, Woelkers D, Hull A, Moore T, Labat I, Arterburn M, Andarmani S, Stache-Crain B, Lee J, Funk W, Bogic L. Analysis of placental transcriptome in patients with preeclampsia at preterm. (2003). American Journal of Obstetrics & Gynecology 189(6): 194.

57. Shirazi A, Tarsa M, Scioscia A, Pretorius D, Hull A. Evaluation of the Difficult Posterior Fossa with Three Dimensional Ultrasound (3DUS). (2003). American Journal of Obstetrics & Gynecology 189(6): 189.

58. Bogic LV, Hull AD. Regulatory Sequences of the Human Endogenous Retroviruses hERV-W and hERV-F Might Foster Certain Clinical Symptoms in Preeclampsia Patients. (2004). Placenta 25 (suppl).

59. Tarsa M, Hull AD, Moore TR, Bogic LV. Gene Expression Profiles Suggest Proinflammatory Predominance at the Maternal-Fetal Interface in Severe Preeclampsia at Preterm (PE). (2004). Placenta 25 (suppl).

60. Teplick F, Caffery M, Hull A, Cureg A. Developing Standards of Care for the Reduction of Perinatal HIV Transmission in San Diego County: A Collaborative Partnership. (2004). Journal of Obstetric Gynecologic & Neonatal Nursing 33 (suppl).

61. Pretorius DH, Lee S, Newton R, Hull AD, Nelson TR. Perceptions of Undergraduate Students Regarding 2D and 3D Ultrasound. (2004). Journal of Ultrasound in Medicine 23:S:26 73438.

62. Pretorius DH, Lee S, Newton R, Hull AD, Nelson TR. Perceptions of Sonographers and Sonologists Regarding Use of 3D Ultrasound in the Fetus. (2004). Journal of Ultrasound in Medicine 23:S:26 72886

63. Pretorius D, Gattu S, Newton R, Ji EK, Hull AD, D'Agostini DA, Carmona-Cooke SM, Nelson TR. The Effect of 3D/4D ultrasound on parental-fetal bonding. (2004). Ultrasound in Obstetrics and Gynecology 24: 233 OC064.

64. Warshak C, Jandial D, Agent S, Moore T, Hull A. Amniotic Fluid Index Measurements are Unaltered by the addition of Color Flow Doppler. (2004). American Journal of Obstetrics & Gynecology 191(6): S54:609.

65. Tarsa M, Franklin P, Spector S, Hull A. Impact of Trizivir Therapy on HIV-Infected Pregnant

Women. (2004). American Journal of Obstetrics & Gynecology 191(6): S54:197

66.     Fines V, Bernard L, Agent S, Hull AD . Is Fetal Echocardiography a Worthwhile Addition to Targeted Ultrasound in Pregnant Diabetics? (2004). American Journal of Obstetrics & Gynecology 191(6): S54: 163 .

67.     Kao KK, Alvarado S, Franklin PM, Hull AD, Chambers CD, Jones KL. Challenges in following special patient populations: The CTIS experience in pregnancy outcome research with HIV-positive pregnant women. (2005). Birth Defects Research 73A: 396 – 397

68.     Warshak C, Hull A, Gunnarson H, Desai N, Moore T. The Effect of Glyburide on Amniotic Fluid Index in Pregnancies Complicated by Diabetes. (2005) Ultrasound in Obstetrics and Gynecology 26: 464 P15.11

69.     Warshak C, Eskander R, Hull A, Scioscia A, Mattrey, Benirschke K. Accuracy of Ultrasound and Magnetic Resonance Imaging in the Diagnosis of Placenta Accreta and Percreta. (2005). American Journal of Obstetrics & Gynecology 193(6): S29: 66.

70.     Bernard L, Fines F, Hull AD. Reducing the Cost of Detection of Congenital Heart Disease (CHD) in the Fetuses of Women with Pre-pregnancy Diabetes Mellitus (DM). (2005). American Journal of Obstetrics & Gynecology 193(6): S147: 510.

71.     Hitti J, Andersen j, McComsey G, Liu T, Melvin A, Stek a, Aberg J, Hull A, Alston B, Livingston E. Effect of Protease Inhibitor-Based Antiretroviral Therapy on Glucose Tolerance in Pregnancy: ACTG A5084. (2006). Proceedings of 13th Conference on Retroviruses and Opportunistic Infections #711.

72.     McIlwain-Dunivan G, Hull A, Lukacz E. Pilot Study of an Educational Model of Advanced Obstetrical Laceration Repair. (2007) Proceedings of Annual CREOG & APGO Meeting.

73.     Jones KL, Hull AD, Bakhireva LN, Wertelecki WW, Yevtushok L, Sosynyuk Z, Shevchenko S, Zharko L, Onishenko S, Drapkina I, Chambers CD.  Fetal Ultrasound Measures as Predictors of Alcohol-Related Physical Features in the Newborn: Preliminary Results. (2007) Birth Defects Research Part A: Clin and Molec Teratol .79:373

74.     Kfir M, Hull AD, Yevtushok L, Onishchenko S, Wertelecki W, Bakhireva L, Chambers CD, Jones KL. Evaluation of Early Markers of Prenatal Alcohol Exposure. (2007). Journal of Ultrasound in Medicine. Suppl.1 :740.

75.     Kfir M, Yevtushok L, Onishchenko S, Wertelecki W, Bakhireva L, Chambers CD, Jones KL, Hull, AD. Can Prenatal Ultrasound Detect the Effects of  In utero alcohol exposure? (2007).

Ultrasound in Obstetrics and Gynecology 30: 423, OC182.

76.    Warshak CR, Eskander R, Hull A, Plaxe S, Resnik R. Management Experience with 82 consecutive cases of placenta accreta. (2007). Proceedings of ACOG Annual meeting.

77.    Kfir M, Shayya R, Pretorius DH, Hull AD. Is velamentous insertion of the umbilical cord in singleton pregnancies associated with low birth weight and intrauterine growth restriction? Ultrasound in Obstetrics and Gynecology 30: 482, OP08.13.

78.    Kfir M, Hull AD, Gindes L, O'Boyle M, Pretorius DH. (2007) Cerebellar vermis measurements using 3-dimensional ultrasound (2007). American Journal of Obstetrics & Gynecology 197(6): S65: 191.

79.    Pretorius DH, Gindes L, Kfir M, D'Agostini D, Hull AD, Achiron R. 3-dimensional ultrasound demonstration of fetal abdominal blood vessels. (2008) Proceedings of AIUM Annual Meeting  # 405335.

80.    Teplick F, Caffrey M, Hull AD Implementation of rapid HIV testing in labor and delivery. (2008) Proceedings of Annual PPFA / Drexel University Women's Health Conference.

81.    Teplick F, Inzano P, Hull AD. As the cesarean section rate increases, so does the rate of placenta accreta. (2008) Proceedings of Annual PPFA / Drexel University Women's Health Conference

82.    Sulik KK, O'Leary Moore S, Parnell SE, Myers EA, Dehart DB, Johnson GA, Chambers CD, Hull AD High resolution magnetic resonance imaging of alcohol-exposed fetal mice confirms and informs human prenatal ultrasound studies. (2008) Proceedings of 29th Annual David W. Smith Workshop on Malformations and Morphogenesis.

**On-line articles for First Consult (at www.FirstConsult.com):**

All as contributor and updated periodically.

1.    Postpartum hemorrhage
2.    Enterocele and rectocele

- 22 -

3.  Premature labor
4.  Benign cervical lesions
5.  Hypertensive disorders in pregnancy
6.  Placenta previa
7.  Abruptio placentae
8.  Dermatoses of pregnancy
9.  Spontaneous abortion
10. Vaginal bleeding in pregnancy
11. Gestational diabetes
12. Vulvar pain syndromes
13. Polyhydramnios
14. Internal uterine monitoring during labor
15. Evaluation of the infertile couple
16. Pregnancy
17. Cystocele and Urethrocele

## INVITED LECTURES AND SEMINARS:

1.  Grand Rounds, Department of Obstetrics & Gynecology, Loma Linda University,
    Loma Linda, CA, "Chronic Hypoxia and Pregnancy", 10th April 1992.

2.  Research seminar at Universitats-Frauenklinik and Kantonales Frauenspital,
    Bern Switzerland, "cGMP and the Placental Vasculature", 21st April 1992.

3.  Research seminar at Institut fur Vetinar-Anatomie,-Histologie und-Embryologie,
    Der Justus-Liebig-Universitat, GieBen, Germany, "EDRF and the Placenta", 28th April 1992.

4.  Research seminar, Division of Perinatal Biology, Loma Linda University,
    Loma Linda, CA, "Control of Vascular Tone in the Human Placenta", January 1993.

5.  Research seminar, Department of Reproductive Medicine, University of California,
    San Diego, San Diego, CA, "EDRF and the Human Placenta", August 1995.

6.  Grand Rounds, Department of Reproductive Medicine, University of California,
    San Diego, San Diego, CA, "The Role of 3D Ultrasound in Obstetrics &Gynecology", 10th February 199⁹

7.  Obstetrics & Gynecology Departmental Meeting, Scripps Mercy Hospital, San Diego, "Use of Vacuur
    Extractors in Obstetrics", 3rd March 1999.

8.  67th Annual Postgraduate Convention, Loma Linda University, Loma Linda, CA, "Three Dimension:
    Ultrasonography – How Good is it?" 5th March 1999.

9. San Diego Combined Genetics Colloquium, San Diego, "Three Dimensional Ultrasound in Obstetrics", 20 August 1999.

10. Ultrasound Update 1999, UC Davis School of Medicine, Sacramento, CA,
    "3D Ultrasound in the first trimester – structural and genetic screening".
    "Clinical indications for 3D Ultrasound in obstetrics".
    "Uses of 3D Ultrasound in obstetrics".
    25th – 26th September 1999.

11. 2nd World Congress on 3D Ultrasound in Obstetrics & Gynecology, Las Vegas, NV,
    "Psychological impact of 3DUS on patients"
    "Color / power Doppler in obstetrics"
    14th – 15th October 1999

12. 9th World Congress on Ultrasound in Obstetrics & Gynecology, Buenos Aires, Argentina,
    3D Course, 14th – 18th November 1999.

    "Three – dimensional ultrasound and impact on maternal-fetal bonding"
    "Three-dimensional color flow in the placenta and cord"
    "Three-dimensional ultrasound of fetal anomalies"
    "Three-dimensional ultrasound artifacts"

13. San Diego Ultrasound Society
    "Clinical indications for three-dimensional ultrasound in obstetrics", 7th March 2000

14. Grand Rounds, Department of Reproductive Medicine, University of California,
    San Diego, San Diego, CA, "Pregnancy over the age of forty", 12th April 2000

15. Prenatal Diagnosis 2000, Sharp Perinatal Center, San Diego, CA, "3D Sonography in Obstetrics", 9th Jun 2000

16. 44th Annual T. Hart Baker, M.D. Obstetrics and Gynecology Symposium
    "Cutting-Edge Technologies for the New Millennium", Rancho Mirage, CA,

17. Basic Obstetrical and Endovaginal Ultrasound Course, Naval Hospital, Camp Pendleton, CA "Three Dimensional Ultrasound in Obstetrics", 14th September 2000

18. Recent Advances in 3D Sonography in Obstetrics and Gynecology, Zagreb, Croatia "3D Power Doppler in the Study of Placental and Umbilical Cord Abnormalities" 3rd October 2000

19. 10th World Congress on Ultrasound in Obstetrics and Gynecology, Zagreb, Croatia
    "Three dimensional ultrasound assessment of the first trimester fetus – a one step approach'
    October 2000

- 24 -

20. Sharp Chula Vista Medical Center Pediatrics/ObGyn Joint M & M Conference, "Perinatal transmission of HIV", 19th October 2000.

21. Obstetric Ultrasound 2001, Postgraduate Course, 21st Annual Meeting Society for Maternal Fetal Medicine Reno, NV, "Three dimensional ultrasound: Clinical applications in obstetrics", 7th February 2001.

22. California Association of Neonatologists (CAN), 7th Annual Conference, Current Topics & Controversies i Perinatal / Neonatal Medicine, Los Angeles, CA, "Three-Dimensional Ultrasound: Prenatal and Neonatal Imaging", 3rd March 2001

23. San Diego & Imperial Counties Regional Perinatal System, Perinatal Advisory Council, 2001 Perinata Updates, San Diego, CA, "Current HIV Research: Implications for San Diego and Imperial Counties", 4 April 2001.

24. UCSD / SDSU General Preventive Medicine Lecture Series, San Diego State University, San Diego, CA, 6 April 2001 "Prenatal Care in Low Income Women"

25. Asante / Providence Neonatal Perinatal Spring Lecture Series, Rogue Valley Medical Center, Medford, OF "Obstetric, Gynecologic and Neonatal Application of 3D Ultrasound", 1st May 2001

26. Ob/Gyn Department Meeting, Grossmont Hospital, La Mesa, CA, "HIV in the Perinatal Population", 21 August 2001

27. California Teratogen Information Service, Twilight Speaker Series, San Diego, CA, "Current Trends in Perinatal Transmission of HIV", 19th September 2001

28. 11th World Congress on Ultrasound in Obstetrics & Gynecology, Melbourne, Australia, "3D color and power Doppler imaging of the placenta and cord", 23rd – 28th October 2001.

29. 2nd Annual Perinatal Health Seminar, Billings, Montana, "Sonographic Pearls for First Trimeste Pregnancies: Early Bleeding and Nuchal Thickness, Assessment and Management" "Doppler Use i Pregnancy: Technique and Indications", 17th November 2001.

30. Grand Rounds, Department of Reproductive Medicine, University of California, San Diego, San Diego, CA, "Pregnancy and HIV – an Update", 12th December 2001

31. No Name Society Annual Meeting, Lake Arrowhead, California, "The Impact of Three Dimension: Ultrasound in Obstetrics", 10th – 13th January 2002.

32. Department of Medicine M&M, University of California, San Diego, San Diego, CA, "A Case of Blindness in Pregnancy", 1st February 2002.

33. World Class OB/Gyn Ultrasound. Las Vegas, Nevada,
    "3D Ultrasound and gynecology"
    "3D Ultrasound and obstetrics", 25th March 2002

34. AIDS Clinical Rounds, University of California, San Diego, San Diego, CA,
    "HIV and Pregnancy: Past and Present Successes – Present and Future Challenges",
    31 May 2002.

35. Perinatal Substance Abuse Assessment Training, Healthy San Diego, San Diego
    "Substance Abuse in Pregnancy", 2nd October 2002.

36. San Diego County Perinatal Care Network Quarterly Meeting, San Diego
    "Recurrent Pregnancy Loss", 29th October 2002

37. First Annual UCSD Medical Center Perinatal Symposium, Marina Village Conference Center, Mission Bay
    San Diego, "Placenta Percreta – How to Optimize Outcomes", 30th October 2002.

38. Third Conference on HIV / AIDS / STI
    La Frontera Que Nos Une – The Border that Unites Us - San Diego – Tijuana HIV / STD Committee, Hotel
    Camino Real, Tijuana, Mexico, "HIV and Pregnancy", 15th November 2002.

39. San Diego Combined Genetics Colloquium, San Diego, "First Trimester Genetic Screening". 22nd November
    2002.

40. Pomerado Hospital Birth Center, Rancho Bernardo, San Diego, "Perinatal Ultrasound: Application,
    Standards and Screening for Fetal Anomalies", 25th June 2003.

41. Central Association of Obstetricians and Gynecologists – Travel Club,Hotel del Coronado, Coronado, CA
    "Three Dimensional Ultrasound and Obstetrics", 30th September 2003.

42. Second Annual UCSD Medical Center Perinatal Symposium, San Diego,
    "Standards For Care of HIV-infected Pregnant Women", 13th January 2004.

43. Pomerado Hospital Birth Center, Rancho Bernardo, San Diego, "Pulmonary Complications and
    Pregnancy", 22nd June 2004.

44. Teratology Society Annual Meeting, Vancouver, BC, Canada, "Teratogenic Implications of Chronic
    Maternal Illness", 27th June 2004.

45. Grand Rounds Loma Linda University Department of Obstetrics and Gynecology
    "HIV and Pregnancy – Successes and Challenges", 4th February 2005

46. AIDS Clinical Rounds, University of California, San Diego, San Diego, CA
    "A Woman's Right to Choose - A Debate with Dr J. Blanchard", 12th August 2005

47. Pomerado Hospital Birth Center, Rancho Bernardo, San Diego, "Rapid Testing for HIV in Pregnancy – Screening and Treatment Strategies", 8th November 2005

48. Scripps Memorial Hospital, La Jolla CA. Perinatal Rounds "HIV in Pregnancy" October 27th 2006

49. Scripps Memorial Hospital, La Jolla CA. Grand Rounds "HIV in Pregnancy" February 27th 2007

50. OB PACU Course, San Diego County Perinatal CNS / Educators & The Regional Perinatal System.
    "Managing Placenta Accreta – Emergency versus Planned Delivery" May 22nd 2007

51. Fifth Annual UCSD Medical Center Perinatal Symposium, San Diego, Convener and Moderator for sessio on Placenta Accreta and speaker for "Placenta Accreta Diagnosis and Management" March 5th 2008

## PRESENTATIONS AT NATIONAL/INTERNATIONAL MEETINGS:

1. ""Developmental changes in ovine cerebrovascular composition and reactivity."Oral presentation at the 1st International Scientific Meeting of The Royal College of Obstetricians and Gynaecologists held in Singapore, China, September 1990.

2. "Pregnancy-induced changes in ovine cerebrovascular reactivity." Poster presentation at the 38th annual meeting of the Society for Gynecological Investigation held in San Antonio, Texas, March 1991.

3. "Physiological modulation of endothelial function". Poster Presentation at the 13 Annual University of California, Riverside Nichols Institute Symposium on Cellular and Molecular Endocrinology held in Riverside, CA March 1991

4. "Fetal cerebrovascular responses to long-term high altitude hypoxia". Poster Presentation at the 1st International Congress of Perinatal Medicine held in Tokyo, Japan, November 1991.

5. "L-arginine enhances contractility in endothelium-intact newborn, but not adult, ovine cerebral arteries". Poster presentation at the 39th annual meeting of the Society for Gynecologic Investigation held in San Antonio, Texas, March, 1992.

6. "Guanosine 3':5'-cyclic monophosphate mediated relaxation of human chorionic plate arteries". Poster presentation at FASEB held in Anaheim, CA, April 1992.

7. "L-arginine enhances contractility, without affecting relaxation responses in endothelium-intact newborn, but not adult, ovine cerebral arteries". Poster presentation at the 2nd International Symposium on Endothelium-Derived Vasoactive Factors held in Basel, Switzerland, April 1992.

8. "Pregnancy impairs endothelial adaptation to chronic hypoxia in ovine cerebral arteries". Poster presentation at the 2nd International Symposium on Endothelium-Derived Vasoactive Factors held in Basel, Switzerland, April 1992.

9. "Pregnancy alters cerebrovascular adaptation to high altitude". Oral presentation at the 40th annual meeting of the Society for Gynecological Investigation held in Toronto, Canada, March 1993.

10. "Human placental arteries have a high basal rate of EDRF synthesis". Poster presentation at: Experimental Biology, held in New Orleans, Louisiana, March 1993.

11. "Chronic hypoxia reduces the efficacy of calcium channel blocker tocolysis in vitro". Poster presentation at the 28th annual meeting of the Society for the Study of Reproduction held at UC Davis, California, July 1995.

12. "Correction of hemorrhage-induced fetal anemia". Oral presentation at the Second Annual Fetal & Neonatal Research Meeting held in San Diego, CA   August 1996

13. "Intra-amniotic iron in the treatment of hemorrhage-induced fetal anemia". Oral presentation at the Mead Johnson Nutritionals Western Perinatal Conference held in Rancho Mirage, California, January 1997.

14. "Correction of hemorrhage-induced anemia in the ovine fetus with intra-amniotic iron". Oral presentation at the 44th annual meeting of the Society for Gynecological Investigation held "in San Diego, California, March 1997.

15. "The effects of hemorrhage and intra-amniotic iron on red cell production in the ovine fetus at 110 and 125 days gestation". Oral presentation at the Mead Johnson Nutritionals Western Perinatal Conference held in Rancho Mirage, California, January 1998.

16. "The effects of hemorrhage and intra-amniotic iron on red cell production in the ovine fetus at 110 and 125 days gestation". Poster presentation at the 18th annual meeting of the Society of Perinatal Obstetricians held in Miami Beach, Florida, February 2-7, 1998.

17. Successful treatment of fetal anemia via the intra-amniotic route at 110 & 125 days gestation in the ovine fetus". Oral presentation at the 45th annual meeting of the Society for Gynecological Investigation held in Atlanta, Georgia, March 1998.

18. "Artifacts and the visualization of fetal distal extremities using three dimensional ultrasound".
Oral presentation at the 8th World Congress on Ultrasound in Obstetrics & Gynecology held in Edinburgh, Scotland November 1-5 1998.

19. "Prenatal diagnosis of abnormal placental invasion is not foolproof". Poster presentation at the 19th annual meeting of the Society for Maternal Fetal Medicine held in San Francisco, California, January 18 – 23, 1999.

20. "Assessment of fetal anatomy in the first trimester – role of three dimensional ultrasound (3DUS)".
Oral presentation at the 9th World Congress on Ultrasound in Obstetrics & Gynecology held in Buenos Aires, Argentina, November 14 – 18 1999.

21. "Three dimensional ultrasound (3DUS) with color and power Doppler imaging – obstetric applications".
Oral presentation at the 9th World Congress on Ultrasound in Obstetrics & Gynecology held in Buenos Aires, Argentina, November 14 – 18 1999.

22. "3DUS Artifacts: Etiology and Clinical Implications".
Oral presentation at the 9th World Congress on Ultrasound in Obstetrics & Gynecology held in Buenos Aires, Argentina, November 14 – 18 1999.

23. "Postprandial Blood Glucose Values Predict Birthweight in Gestational and Type II Diabetes" Poster presentation at the 20th annual meeting of the Society for Maternal Fetal Medicine held in Miami Beach, Florida, January 31 - February 5 2000

24. "Clinical Significance of 3DUS Artifacts on Patients' Diagnosis"
Oral presentation at the 9th Annual Congress of the World Federation for Ultrasound in Medicine and Biology held in Florence, Italy, May 6 – 10 2000.

25. "Impact of patient initiated three-dimensional ultrasound examination"
Poster presentation at the 10th World Congress on Ultrasound in Obstetrics & Gynecology held in Zagreb, Croatia October 4 – 8 2000.

26. "Three dimensional color and power Doppler ultrasound provides improved certainty of diagnosis of vasa previa". Poster presentation at the 21st annual meeting of the Society for Maternal Fetal Medicine held in Reno, Nevada, February 5 – 10, 2001.

27. "Protease inhibitors and impaired glucose tolerance in HIV-infected women"
Poster presentation at the 48th Annual meeting of the Society for Gynecologic Investigation held in Toronto, Canada, March 14 – 17 2001.

- 29 -

28. "Three Dimensional Ultrasound (3DUS) does not enhance maternal bonding during pregnancy".
Oral presentation at the 11th World Congress on Ultrasound in Obstetrics & Gynecology held in Melbourne, Australia, October 23 – 28 2001

29. "Sonographers and sonologists hold favorable views of the role of three-dimensional ultrasound (3DUS) in obstetrics following a formal lecture on the subject.".
Oral presentation at the 11th World Congress on Ultrasound in Obstetrics & Gynecology held in Melbourne, Australia, October 23 – 28 2001

30. "Three-dimensional obstetric ultrasound (3DUS) is perceived by lay non-pregnant adults to be more valuable than two-dimensional ultrasound (2DUS)."
Oral presentation at the 11th World Congress on Ultrasound in Obstetrics & Gynecology held in Melbourne, Australia, October 23 – 28 2001.

31. "The Impact of Introducing an Evidence-Based Medicine Journal Club on Clinical Practice and Resident Self-Education."
Poster presentation at CREOG & APGO Annual Meeting held in Dallas, Texas, March 6 – 9 2002.

32. "Outcomes in HIV-Infected Pregnant Women Receiving Highly Active Antiretroviral Therapy (HAART) – The San Diego Experience"
Poster presentation at SMFM Annual Meeting held in San Francisco, California, February 6 – 8 2003

33. "Detection and characterization of placental genes related to pre-eclampsia"
Poster presentation at Sacramento Regional Biotechnology Summit held in Sacramento, California, February 27 2003.

34. "Impact of Trizivir Therapy in HIV-Infected Pregnant Women" Poster presentation at the 6th World Congress of Perinatal Medicine held in Osaka, Japan, September 13 – 16 2003.

35. "Evaluation of the Difficult Posterior Fossa with Three Dimensional Ultrasound (3DUS)"
Poster presentation at the American Federation for Medical Research, Western Regional Meeting held in Carmel, California, January 28 – 31 2004.

36. "Transcription Levels of VEGFR-1 in Preterm Preeclampsia" Oral presentation at Society for Maternal Fetal Medicine Annual meeting held in New Orleans, Louisana, February 2 – 7 2004.

37. "Analysis of Placental Transcriptome in Patients with Preeclampsia at Preterm" Poster presentation at Society for Maternal Fetal Medicine Annual meeting held in New Orleans, Louisana, February 2 – 7 2004.

38. "Evaluation of the Difficult Posterior Fossa with Three Dimensional Ultrasound (3DUS)" Poster presentation at Society for Maternal Fetal Medicine Annual meeting held in New Orleans, Louisana, February 2 – 7 2004.

39. "Amniotic Fluid Index Measurements are Unaltered by the addition of Color Flow Doppler". Poster presentation at Society for Maternal Fetal Medicine Annual meeting held in Reno, Nevada, February 9 – 12 2005

40. "Impact of Trizivir Therapy on HIV-Infected Pregnant Women." Poster presentation at Society for Maternal Fetal Medicine Annual meeting held in Reno, Nevada, February 9 – 12 2005

41. "Is Fetal Echocardiography a Worthwhile Addition to Targeted Ultrasound in Pregnant Diabetics?" Poster presentation at Society for Maternal Fetal Medicine Annual meeting held in Reno, Nevada, February 9 – 12 2005

42. "The Effect of Glyburide on Amniotic Fluid Index in Pregnancies Complicated by Diabetes" Poster presentation at 15th World Congress on Ultrasound in Obstetrics & Gynecology held in Vancouver, Canada, September 25 – 29 2005.

43. "Reducing the Cost of Detection of Congenital Heart Disease (CHD) in the Fetuses of Women with Pre-pregnancy Diabetes Mellitus (DM)" Poster presentation at Society for Maternal Fetal Medicine Annual meeting held in Miami, Florida, January 30 - February 4 2006.

44. "Effect of Protease Inhibitor-Based Antiretroviral Therapy on Glucose Tolerance in Pregnancy: ACTG A5084" Poster presentation at 13th Conference on Retroviruses and Opportunistic Infections held in Denver, Colorado, February 5 – 8 2006.

45. "Evaluation of Early Markers of Prenatal Alcohol Exposure" Oral presentation at the American Institute of Ultrasound in Medicine Annual Convention held in New York, New York March 15 - 18 2007

46. "Can Prenatal Ultrasound Detect the Effects of In Utero Alcohol Exposure?" Oral presentation at 17th World Congress on Ultrasound in Obstetrics Y Gynecology held in Florence, Italy October 7 – 11 2007

47.*Al-Serehi A, Mhoyan A, Brown M, Benirschke K, Hull A, Pretorius DH. (2008) Placenta accreta: an association with fibroids and Asherman syndrome. J Ultrasound Med. 27(11):1623-8. ( Published)

48.*Mirochnick M, Best BM, Stek AM, Capparelli E, Hu C, Burchett SK, Holland DT,

Smith E, Gaddipati S, Read JS; PACTG 1026s Study Team. (2008) Lopinavir exposure with an increased dose during pregnancy. J Acquir Immune Defic Syndr. 15;49(5):485-91 (Published)

49.*Kfir M, Yevtushok L, Onishchenko S, Wertelecki W, Bakhireva L, Chambers CD, Jones KL, Hull AD. (2009) Can prenatal ultrasound detect the effects of in-utero alcohol exposure? A pilot study. Ultrasound Obstet Gynecol. 33(6):683-9 ( Published)

50.*Bernard LS, Ramos GA, Fines V, Hull AD. (2009) Reducing the cost of detection of congenital heart disease in fetuses of women with pregestational diabetes mellitus. Ultrasound Obstet Gynecol. 33(6):676-82. ( Published)

52. Gindes L, Pretorius DH, Romine LE, Kfir M, D'Agostini D, Hull A, Achiron R. (2009) Three-dimensional ultrasonographic depiction of fetal abdominal blood vessels. J Ultrasound Med. 28(8):977-88 ( Published)

53.*Hull AD, Resnik R. Placenta accreta and postpartum hemorrhage. (2010) Clin Obstet Gynecol. 53(1):228-36 ( Published)

54.*Aweeka FT, Stek A, Best BM, Hu C, Holland D, Hermes A, Burchett SK, Read J, Mirochnick M, Capparelli EV; International Maternal Pediatric Adolescent AIDS Clinical Trials Group (IMPAACT) P1026s Protocol Team (2010). Lopinavir protein binding in HIV-1-infected pregnant women. HIV Med. 11(4):232-8. ( Published)

55* Livingston EG, Huo Y, Patel K, Brogly SB, Tuomala R, Scott GB, Bardeguez A, Stek A, Read JS; International Maternal Pediatric Adolescent AIDS Clinical Trials Group Protocol 1025 Study Team. Mode of delivery and infant respiratory morbidity among infants born to HIV-1-infected women. (2010) Obstetrics & Gynecology.116(2 Pt 1):335-43. ( Published)

Updated: 02/22/2011