# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chasity Watkins

                      Plaintiff,

v.                                                      Case No.: 1:18−cv−04142

                                                                  Honorable Thomas M. Durkin

United States of America, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 28, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: The parties reported via email that the mediation has been reset for 10/14/2021. The telephone status hearing set for 10/1/2021 is reset for 10/15/2021 at 9:00 a.m. The dial−in information will remain the same. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.