# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Chasity Watkins

                        Plaintiff,

v.                                                    Case No.: 1:18–cv–04142
                                                           Honorable Thomas M. Durkin

United States of America, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2022:

        MINUTE entry before the Honorable Thomas M. Durkin: Uncontested motion to remand [223] is granted. This case is to be remanded to the Circuit Court of Cook County,County Department, Law Division forthwith. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.